IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

GREGORY IZEAR CORBIN

FILED

JUN 17 2022

U.S. DISTRICT COURT
ELKINS WV 26241

Case Numbers: 11.cr.206
12.cr.126

5:22cv156
Bailey
Mazzone
Prince

2241 MOTION FOR WRIT OF HABEAS CORPUS

Gregory Izear Corbin, hereinafter Defendant, brings this 2241 Motion for Writ of Habeas Corpus challenging the execution oif 2 federal sentences of imprisonme-nt imposed in this Court on January 8, 2013 in criminaL Case numbers 11.cr.206 and 12.cr.126.

PROCEDURAL HISTORY:

Defendant was arrested on October 28, 2010 by officers of the Pittsburgh Police Department on Pennsylvania State charges of Possession of a Firearm. Defendant was subsequent ly granted bond on this charge and released from state custody on December 23, 2010. As a result of the state charge, Defendant was ind-icted on federal charges in this District on September 13, 2011 onthe charg e of Felon in Possession of a Firearm or Ammunition, 18:922 (g)(1). 11.cr.206 While on bond, defendant was again arrested by officers of the Pittsburgh Police Department on Pennsylvania State charges of Possession of a Firearm, Robbery and Aggravated Assault on July 21,2011. Defendant was then indicted for a second time on federal charges in this District on May 15, 2012 on the charge of Felon in Possession of a Firearm or Ammunition, 18:922 (g)(1). 12.cr.126

As a result of the second arrest, defendant has been incarcerated since July 21, 2011.

On August 22, 2012 this Court consolodåted cases 11.cr.206 and 12.cr.126.

On the same date, Defendant withdrew plea of not guilty and pleased guilty.

On January 8, 2013 this Court sentenced Defendant to a term of imprisonment of 120 months, to be served concurrently with each other, combining both of the standing criminal indictments.

WRIT OF HABEAS CORPUS:

Defendant nowe brings this 2241 Writ of Habeas Corpus challenging the execution of the sentence of imprisonment imposed on January 8, 2013. Specifically, defendant disagrees with the prior jail credit calculation computed by the Designation and Sentence Computation Center (DSCC) of the Federal Bureau of Prisons.

On December 5, 2020 the DSCC completed a sentence computation sheet in which it gave the defendant 77 days of prior jail credit time, to include incarceration periods of October 28, 2010 through December 23, 2010 and February 17, 2011 through March 8 2011.

It is the contention of the defendant that the Federal Bureau of Prison should have computed defendants sentence to include from the time the federal sentence was imposed on January 8, 2003 through Octovber 15, 2020. There is precedent in this District that states in part that "If the defendant was in non-federal custody at the time the federal sentence was imposed, and the federal sentencing court was silent as to its intent to run the federal sentence concurrently with the non-federal sentence, the prisoner may ask the BOP to exercise its discretion pursuant to 18 USC 3621(b)..."

As the BOP has failed to exercise its authorty, this motionff is properly before this Court.

RELIEF SOUGHT:

Defendant requests that the Court order the Fedreal Bureau of Priosons to credi against his sentnce the time served from January 8, 2013 through October 15, 2020

Alternatively, Defendant requests an amendment to the judgment of convictions to state that the sentence imposed shall be served from the date of the sentence imposition.

Whereas, Defendant now prays for the relie f sought.

Respectfully submitted this 13th day of June 2022

*[signature]*

Gregory I. Corbin

Defendant

CC: The United States Attorney for the NORTHERN District of WEST Virginia