IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**GREGORY IZEAR CORBIN,**

        Petitioner,

v.                                            Civil Action No. 5:22-cv-156
                                                Judge Bailey

**WARDEN,**

        Respondent.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On June 17, 2022, petitioner filed a habeas petition under 28 U.S.C. § 2241. Because the petition was not on the Court-approved form, the Clerk of Court issued petitioner a Notice of Deficient Pleading and Intent to Dismiss [Doc. 3]. The Notice informed petitioner that his case would be dismissed within thirty days, and if he wished to pursue a § 2241, he would have to refile his petition on the Court-approved form.

On June 27, 2022, petitioner refiled his petition on the Court-approved form, and it was assigned Civil Action No. 5:22-cv-160. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** July 21, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1